**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BARTLEY S. BACKUS,            )<br>               ) | 3:12-cv-00361-ECR-VPC |
|      Plaintiff,            )<br>               ) | |
| vs.                     ) | **Order** |
|                         ) | |
| PERSHING COUNTY SHERIFF RICHARD )<br>MACHADO in his Individual and )<br>Official Capacities and his )<br>deputies,                ) | |
|                         ) | |
|      Defendants.           ) | |

  On July 2, 2012, Plaintiff filed a Motion to Proceed In Forma Pauperis (#1), alleging that his take-home wages are $800.00 per month and listing his monthly expenses at $800.00. Plaintiff also states that he has assets in the form of cars and a significant amount of credit card debt. The attached complaint alleges a cause of action against the Pershing County Sheriff and his deputies for violations of 42 U.S.C. § 1983 and other statutes for illegal assaults through radio/microwave signals.

  On July 23, 2012, Defendant Machado filed a Motion to Dismiss (#4) pursuant to Federal Rule of Civil Procedure 12(b)(6). On July 30, 2012, Plaintiff filed an opposition (#7), and on August 9, 2012, Defendant Machado replied (#8).

  A court may dismiss a claim as factually frivolous "when the facts alleged rise to the level of the irrational or the wholly

incredible, whether or not there are judicially noticeable facts available to contradict them." Denton v. Hernandez, 504 U.S. 25, 33 (1992).  While an in forma pauperis complaint should not be dismissed simply because the court finds the allegations unlikely, id., we find that the allegations in Plaintiff's complaint (#1-1) are irrational and therefore factually frivolous.  Plaintiff alleges that every time he enters Nevada, he is assaulted by radio and microwave signals that he somehow attributes to the Pershing County Sheriff's Office.  These signals allegedly cause Plaintiff bloody stools, bloody noses, and skin burns.  The Court cannot find that Plaintiff has stated a legitimate claim against the Sheriff's Office, and therefore, the action must be dismissed.

**IT IS, THEREFORE, HEREBY ORDERED** that the Motion to Proceed In Forma Pauperis (#1) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall detach and file Plaintiff's complaint (#1-1).

**IT IS FURTHER ORDERED** that Machado's Motion to Dismiss (#4) is **GRANTED** and the action is **DISMISSED** with prejudice.

The Clerk shall enter judgment accordingly.

DATED: August 15, 2012.

_____
UNITED STATES DISTRICT JUDGE

2