AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

BARTLEY S. BACKUS,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

                           CASE NUMBER:  **3:12-CV-00361-ECR-VPC**

PERSHING COUNTY SHERIFF
RICHARD MACHADO in his Individual
and Official Capacities and his deputies,

      Defendants.

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

___     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Machado's Motion to Dismiss (#4) is **GRANTED** and this action is **DISMISSED** with prejudice.

   August 16, 2012                                   **LANCE S. WILSON**
                                                                     Clerk

                                                                    /s/ D. R. Morgan
                                                                  Deputy Clerk